UNITED STATES DISTRICT COURT      **JS-6 / REMAND**
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 14-09312 DMG (RZx)** | Date | January 8, 2015 |
|---|---|---|---|

| Title | *Ocean Ridge Equities, LLC v. Amrit Lal* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable     DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS—ORDER RE MOTION TO REMAND [9]**

On December 3, 2014, *pro se* Defendant Amrit Lal removed this case to federal court from Los Angeles County Superior Court.  [Doc. # 1.]  On December 12, 2014, Plaintiff Ocean Ridge Equities, LLC filed a Motion to Remand, set for hearing on January 16, 2015.  [Doc. # 9.]

Pursuant to Local Rule 7-9, Defendant's opposition to Plaintiff's Motion to Remand was due by December 26, 2014, *i.e.*, at least 21 days before the date set for hearing.  Defendant has not filed an opposition and the time to do so has now passed.  Accordingly, the Court grants Plaintiff's Motion to Remand based on Defendant's failure to file an opposition.  *See* C.D. Cal. L.R. 7-12 ("The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion.").

The Motion to Remand is **GRANTED**.  This action is hereby remanded to the Los Angeles County Superior Court.  The January 16, 2015 hearing and the scheduling conference on January 30, 2015 are **VACATED**.

**IT IS SO ORDERED.**